# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1345
Lower Tribunal No. 2018-CA-001456-O

_____

WESTGATE RESORTS, LTD.,

Appellant,

v.

SERVIACTIVA, CORP., CFI RESORTS MANAGEMENT, INC., CLAUDE RICHARD MOORE, ANNETTE JOHNSON MOORE, and AJ CONSULTING, LLC,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


John H. Pelzer, of Greenspoon Marder LLP, Fort Lauderdale, Brent D. Kimball, of Greenspoon Marder LLP, Orlando, and David S. Cohen, of Law Offices of David S. Cohen, Lc, Orlando, for Appellant.

Andrew B. Greenlee, of Andrew B. Greenlee, P.A., Sanford, and Fritz Scheller, of Fritz Scheller, P.L., Orlando, for Appellee, Serviactiva, Corp.

No Appearance for Appellees, CFI Resorts Management, Inc., Claude Richard Moore, Annette Johnson Moore, and AJ Consulting, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED